1  SCOTT N. SCHOOLS(SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant U.S. Attorney
5
     450 Golden Gate Ave., Box 36055
6    San Francisco, CA 94102
     Telephone: (415) 436-6940
7    Facsimile: (415) 436-7234
     E-mail: kirstin.ault@usdoj.gov
8
   Attorneys for the United States
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION                **EDL**

13

14 | UNITED STATES OF AMERICA,        )   CRIMINAL NO. **3-07 70275**
   |                                  )
15 |        Plaintiff,                )
   |                                  )   NOTICE OF PROCEEDINGS ON
16 |   v.                             )   OUT-OF-DISTRICT CRIMINAL
   |                                  )   CHARGES PURSUANT TO RULES
17 | JACYNTA JORDAN,                  )   5(c)(2) AND (3) OF THE FEDERAL RULES
   |                                  )   OF CRIMINAL PROCEDURE
18 |                                  )
   |                                  )
19 |        Defendant.                )
   |                                  )
20 |_____      )

21       Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

22 Procedure that on or about May 11, 2007, the above-named defendant was arrested based upon

23 an arrest warrant (copy attached) issued in case number 07-225 M in the Western District of

24 Pennsylvania, upon an

25     ☐  Indictment

26     ☐  Information

27     X  Criminal Complaint

28     ☐  Other (describe)

1 | In that case, the defendant is charged with violations of Title 21, United States Code,
2 | Sections 841(a)(1), (b)(1)(A)(ii), and 846, possession with intent to distribute a controlled
3 | substance, and conspiracy to distribute a controlled substance, namely 5 kilograms or more of
4 | cocaine.

5 | Description of Charges: Defendant possessed with intent to distribute cocaine, and
6 | conspired to distribute cocaine to a purchaser in the Pittsburgh, Pennsylvania area, in violation of
7 | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii), and 846.

8 | Maximum Penalties: mandatory minimum prison term of 10 years; maximum prison term
9 | of life; $4,000,000 fine; mandatory minimum supervised release term of 5 years; maximum
10 | supervised release term of life; $100 special assessment.

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: May 11, 2007

KIRSTIN M. AULT
Assistant U.S. Attorney

2

# United States District Court

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | CASE NUMBER: 07-225M |
| JACYNTA JORDAN | **UNDER SEAL** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jacynta Jordan___
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, intentionally and unlawfully conspire with persons known and unknown to distribute and possess with the intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

in violation of Title __21__ United States Code, Section(s) __841(a)(1), 841(b)(1)(A)(ii), and 846__

| Amy Reynolds Hay | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | May 10, 2007 at Pittsburgh, PA         Signature |
| of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |