1  SCOTT N. SCHOOLS(SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant U.S. Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-6940
7     Facsimile: (415) 436-7234
      E-mail: kirstin.ault@usdoj.gov
8
   Attorneys for the United States
9

FILED

MAY 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,        )   CRIMINAL NO. 3-07-70275 EDL
                                      )
15 |      Plaintiff,                  )
                                      )   [PROPOSED] ORDER REGARDING
16 |   v.                             )   APPEARANCE IN PENNSYLVANIA
                                      )
17 | JACYNTA JORDAN,                  )
                                      )
18 |                                  )
          Defendant.                  )
19 |                                  )
   |_____)
20

21     Counsel for the United States in the Northern District of California has been informed
22  that the United States Attorney's Office for the Western District of Pennsylvania no longer
23  wishes to appeal the Court's order releasing the defendant on bond. Counsel for the United
24  States in Pittsburgh has informed me that the defendant is scheduled to appear on May 22, 2007,
25  at 2:00 p.m. before Magistrate Judge Hay in Courtroom 9C, 9th Floor, U.S. Courthouse and
26  ///
27  ///
28  ///

1  Post Office, 700 Grant Street, Pittsburgh, Pennsylvania. The United States respectfully requests
2  that the defendant be ordered to appear at that time and place.

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: May 16, 2007

KIRSTIN M. AULT
Assistant U.S. Attorney

### ORDER

The defendant Jacynta Jordan is ordered released from the custody of the United States Marshals pursuant to the terms of the bond she signed in open court on May 15, 2007. The defendant is ordered to appear on May 22, 2007, at 2:00 p.m. before Magistrate Judge Hay in Courtroom 9C, 9th Floor, U.S. Courthouse and Post Office, 700 Grant Street, Pittsburgh, Pennsylvania.

IT IS SO ORDERED

May 16, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge